988 A.2d 1287

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Salvador MORALES, Petitioner.**

**No. 147 EM 2009.**

Supreme Court of Pennsylvania.

Feb. 3, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of February, 2010, the Petition for Leave to File Notice of Appeal *Nunc Pro Tunc* is **DISMISSED.** As Petitioner's filing is not a request for mandamus relief, this matter was improperly transferred from the Superior Court on that basis. To the extent that Petitioner seeks reinstatement *nunc pro tunc* of his right to appeal to the Superior Court from the Post Conviction Relief Act ("PCRA") court's order, the proper vehicle to make that request, if any, is a subsequent PCRA petition filed in the PCRA court. *Cf. Kendrick v. District Attorney Of Philadelphia County,* 591 Pa. 157, 916 A.2d 529, 537 (2007).